**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. NIX, | No. C 08-2757 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AL FERRANDO and UNITED STATES OF AMERICA, | |
| Defendants. | |

Defendants' motion to dismiss this case for failure to exhaust administrative remedies is granted, without prejudice to plaintiff's filing an action after receiving a final administrative order. Judgment is entered in favor of defendants accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 29, 2008

SUSAN ILLSTON
United States District Judge